**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **YOUSSEF FARAG GHALI BEKHIT,** | ) | |
| | ) | |
| **Petitioner,** | ) | **NO. 3:26-cv-01331** |
| | ) | |
| **v.** | ) | **JUDGE CAMPBELL** |
| | ) | |
| **TODD BLANCHE, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

On October 14, 2026, the Court ordered Respondents "to immediately transport Youssef Farag Ghali Bekhit to the Middle District of Tennessee at the Government's expense and to release Youssef Farag Ghali Bekhit immediately." (Doc. No. 15). The Court is aware that Respondents released Mr. Bekhit in Natchez, Mississippi in violation of this Court's Order. (Doc. No. 16).

It is therefore **ORDERED** that Respondent Christopher Bullock, on or before October 29, 2026, shall **SHOW CAUSE** in writing for Respondents' failure to comply with this Court's Order. The Court will consider that filing and decide whether further proceedings are needed, including contempt proceedings.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE