IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **YOUSSEF FARAG GHALI BEKHIT,** | ) | |
| **Petitioner,** | ) | **NO. 3:26-cv-01331** |
| **v.** | ) | **JUDGE CAMPBELL** |
| **TODD BLANCHE, et al.,** | ) | |
| **Respondents.** | ) | |

**ORDER**

The Court is in receipt of Respondent's Response Pursuant to the Court's Order (D.E. 17). (Doc. No. 18). Finding that Respondents failed to comply with this Court's prior Order "to immediately transport Youssef Farag Ghali Bekhit to the Middle District of Tennessee at the Government's expense and to release Youssef Farag Ghali Bekhit immediately," the Court ordered Respondents to show cause for their failure. (Doc. No. 17). Respondents state that because "it was not clear how long it was going to take to get the Petitioner back to the Middle District of Tennessee…the only way to comply with [the] immediate release portion of the Order was to release the Petitioner from [Natchez, Mississippi]." (Doc. No. 18-1 at 1-2).

While the Court appreciates the complexities of the coordination involved in returning residents back to their home district, the Court is confident in Respondents' ability to swiftly and reasonably transport individuals. Respondents are reminded that compliance with Court orders and relevant legal precedent are mandatory.[1] Further failure to comply with the Court's Order,

[1] *See Lopez-Campos v. Raycraft*, 175 F.4th 713, 732-34 (6th Cir. 2026) (affirming the district court's determination that the government's detention of Petitioners without bond under § 1226(a) was a deprivation of liberty that violated Petitioners' due process rights)

without personally advising the Court of any difficulties, will result in a hearing and potential sanctions. *Elec. Workers Pension Tr. Fund of Loc. Union |58, IBEW v. Gary's Elec. Serv. Co.*, 340 F.3d 373, 378 (6th Cir. 2003) ("Contempt proceedings enforce the message that court orders and judgments are to be complied with in a prompt manner."). The Clerk is directed to close the file.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE